JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

ARTHUR GASPARD,

        Plaintiff,

        v.

N. ROMERO,

        Defendant.

) Case No. CV 16-00318 AB (JDE)
)
) JUDGMENT
)
)
)
)
)
)
)

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice. Plaintiff shall take nothing on his Second Amended Complaint and Judgment is entered in favor of Defendant.

Dated: January 18, 2018

_____
ANDRÉ BIROTTE JR.
United States District Judge